## Commonwealth ex rel. Tillman, Appellant, *v.* Myers.

Submitted December 13, 1965. *Leo Paige Tillman,* appellant, in propria persona; *Joseph M. Smith,* Assistant District Attorney, *F. Emmett Fitzpatrick, Jr.,* First Assistant District Attorney, and *James C. Crumlish, Jr.,* District Attorney, for appellee.

Order affirmed.

March 24, 1966

## Markley *v.* Markley, Appellant.

Argued December 17, 1965; reargument refused April 15, 1966. *George A. D'Angelo,* for appellant; *Michael Kivko,* with him *Robert McK. Glass,* for appellee.

PER CURIAM: The six judges who heard the argument of this appeal being equally divided in opinion, the decree of the court below is affirmed.

FLOOD, J., absent.